**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

R. CASPER ADAMSON, #290440,
    Plaintiff,

vs.                                        Case No. 3:08cv404/MCR/EMT

R.D. COLLINS, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 1, 2008 (Doc. 7). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED** without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $350.00 filing fee in its entirety.

    **DONE AND ORDERED** this 12th day of November, 2008.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**